# NO. 12-14-00054-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE INTEREST OF* | § | *APPEAL FROM THE 420TH* |
| *N.H. AND M.H.,* | § | *JUDICIAL DISTRICT COURT* |
| *CHILDREN* | § | *NACOGDOCHES COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

This appeal is being dismissed because Appellant has failed to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3. Pursuant to Rule 32.1, Appellant's docketing statement was due to have been filed at the time the appeal was perfected, i.e., February 13, 2014. *See* TEX. R. APP. P. 32.1. Because Appellant did not file her docketing statement at that time, this court requested by letter dated February 19, 2014, that she file her docketing statement within ten days if she had not already done so. Appellant did not file the docketing statement as requested.

On March 7, 2014, the court notified Appellant that the appeal would be dismissed on or before March 17, 2014, unless she filed the required docketing statement. *See* TEX. R. APP. P. 32.1. The March 17 deadline has passed, and Appellant has not complied with the court's request. Because Appellant has failed, after notice, to comply with Rule 32.1, the appeal is *dismissed*. *See* TEX. R. APP. P. 42.3(c).

Opinion delivered March 19, 2014.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MARCH 19, 2014**

**NO. 12-14-00054-CV**

**IN THE INTEREST OF N.H. AND M.H., CHILDREN**

Appeal from the 420th District Court

of Nacogdoches County, Texas (Tr.Ct.No. C1228572)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*